

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:     Samuel J. Prater, M.D. and Krista G. Handyside, M.D. v. Telicia Owens

Appellate case number:    01-21-00264

Trial court case number:   2012-07534

Trial court:                  152nd District Court of Harris County

Date motion filed:        August 31, 2022

Party filing motion:      Appellant

A majority of the en banc court has voted to deny appellant's motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature: \_\_/s/ Julie Countiss_____
                       Acting for the En Banc Court*

Date: \_\_October 20, 2022\_\_\_\_\_

\* En banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.